1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 1:20-CR-00032-JLT-SKO

                          Plaintiff,   ORDER DISMISSING INDICTMENT AND
12                                     VACATING STATUS CONFERENCE
             v.
13
   ARMAN MKHITARYAN,
14
                          Defendant.
15

16      An Indictment was issued in this case on February 13, 2020, and the next Status Conference is

17 scheduled for February 16, 2022. Pursuant to the Motion to Dismiss the Indictment and vacate the

18 Status Conference filed by the United States on February 4, 2022, and for good cause shown, the

19 Indictment is dismissed without prejudice and the Status Conference is vacated.

20
   IT IS SO ORDERED.
21
      Dated:   **February 4, 2022**                  _____
22                                                   UNITED STATES DISTRICT JUDGE
23